## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CALVIN DAVIS
REG. #19122-076                                                                                    PETITIONER

VS.                                        2:05CV00257 WRW/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

### ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (docket entry #1), and has paid the $5.00 filing fee. The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 26th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE